CAMDEN MORTGAGE GUARANTY AND TITLE COMPANY et al., respondents,

*v.*

ELIZABETH K. HAINES, appellant.

[Submitted February 12th, 1932. Decided May 16th, 1932.]

464

*Messrs. French, Richards & Bradley,* for the appellant.

*Messrs. Bleakly, Stockwell & Burling,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons expressed in the opinion filed in the court below by Vice-Chancellor Leaming, which rests upon the reasoning of the case of *Camden Mortgage Guaranty and Title Co.* v. *Borton,* above set out.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 14.

*For reversal*—None.